☛ **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,            :

- v -                                :     NOTICE OF INTENT TO
                                            FILE AN INFORMATION
JOSEPH IGHODARO,                     :

        Defendant.            :

- - - - - - - - - - - - - - - - x

**07 CRIM. 759**

*JUDGE SWAIN*

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          May 16, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

           By:   _____
                JOHN N. KANE, JR.
                Special Assistant
                United States Attorney

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ FILED: 8/8/07]

                AGREED AND CONSENTED TO:

           By:   _____
                BENJAMIN HEINRICH, ESQ.
                Attorney for Joseph Ighodaro

8/8/07 WHEEL A