**JUDGE SWAIN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

UNITED STATES OF AMERICA         :

      v.                         :

JOSEPH IGHODARO,                 :        07 Cr. ____

    Defendant.                   :        **07 CRIM. 759**

------------------------------X

        The above-named defendant, who is accused of violating Title 18, United States Code, Section 371, as well as Title 26, United States Code, Section 7206(2), being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       August 15, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 15 2007

2453891.1