UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                         :      ORDER

JOSEPH IGHODARO,                   :      07 Cr. 759 (LTS)

        Defendant.              :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 1 2007

       WHEREAS, with the defendant's consent, his guilty plea allocution was taken before the Honorable Andrew J. Peck, United States Magistrate Judge, on August 15, 2007;

       WHEREAS, a transcript of the allocution was made and thereafter transmitted to the District Court; and,

       WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the plea of guilty knowingly and voluntarily, and that there is a factual basis for the guilty plea;

       IT IS ORDERED that the defendant's guilty plea be, and hereby is, ACCEPTED.

Dated:    September 10, 2007
              New York, New York

                                            The Honorable Laura T. Swain
                                            United States District Judge

2698161.1