UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

   -v-

Joseph Ighodaro,

   Defendant.

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2007

No. 07 Cr. 759(LTS)

### ORDER

The sentencing for the above-named defendant is hereby scheduled for March 21, 2008 at 3:00 p.m.

IT IS SO ORDERED:

Dated: New York, New York
      September 11, 2007

LAURA TAYLOR SWAIN
United States District Judge