**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



The Silvio J. Mollo Building
One Saint Andrews Plaza
New York, New York 10007

February 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED   FEB 2 1 2008

Via Regular Mail and Facsimile
The Honorable Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**...MO ENDORSED**

Re:    United States v. Joseph Ighodaro
       07 Cr. 759

Dear Judge Pauley:

The Government requests an adjournment of sentencing in the above-referenced case, currently scheduled for March 25, 2008, until the fourth or fifth week of April – on a date that is convenient for the Court. The reason for this request is due to personal, as well as other case-related, commitments of the undersigned Government counsel. This is the first request for an adjournment. I have spoken to defense counsel Benjamin Heinrich, who has no objection to the requested adjournment.

Thank you for your consideration of this request.

*The sentencing is adjourned to April 21, 2008 at 3:00pm. All sentencing issues shall be fully briefed and copies of all submission received by chambers no later than April 14, 2008.*

SO ORDERED.    By:

*[signature]*    2/21/2008

LAURA TAYLOR SWAIN
                              DISTRICT JUDGE

cc:    Benjamin Heinrich

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

*[signature]*

JOHN N. KANE, JR.
Special Assistant United States Attorney
(202) 353-9716