

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrews Plaza
New York, New York 10007

February 21, 2008



**MEMO ENDORSED**

Via Regular Mail and Facsimile
The Honorable Laura T. Swain
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

           Re:   United States v. Joseph Ighodaro
                   07 Cr. 759

Dear Judge Swain:

      The Government requests an adjournment of sentencing in the above-referenced case, currently scheduled for April 21, 2008, until the week of May 12, 2008. Defense counsel's assistant informed me this morning that upon further review of his calendar, he is unavailable the fourth and fifth weeks of April – the time period I requested for sentencing in my letter dated February 19, 2008. I have spoken to the Court's deputy clerk Lisa Ng and she indicates that May 16, 2008 may be available for sentencing in this matter. Defense counsel has no objection to the requested adjournment, and is available May 16, 2008. He is also available any day during the week of May 12, 2008.

      In addition, it is our understanding that a presentence report has not been ordered in this matter. We request that such a report be ordered by the Court at this time.

      Thank you for your consideration of these requests.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: /s/ John N. Kane Jr.

JOHN N. KANE, JR.
Special Assistant United States Attorney
(202) 353-9716

cc: Benjamin Heinrich

*[Handwritten endorsement:]* The sentencing is adjourned to May 16, 2008, at 2:30pm. A presentence report will be ordered. All sentencing issues shall be fully briefed and all submissions received in chambers by May 9, 2008. SO ORDERED. /s/ 2/22/08 **LAURA TAYLOR SWAIN U.S.D.J.**