UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA          :        07 Cr. 759 (WHP)
                                  :
     -against-                    :        ORDER
                                  :
JOSEPH IGHODARO,                  :
                                  :
                    Defendants.   :
------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

    This case has recently been transferred to me from Judge Laura Taylor Swain for the purpose of sentencing the defendant with co-conspirator Samuel Barrolle, 07 Cr. 342 (WHP). The parties are directed to appear for sentencing on May 23, 2008 at 2:30 p.m. in Courtroom 11D.

Dated: February 26, 2008
       New York, New York

                  SO ORDERED:

                  WILLIAM H. PAULEY III
                  U.S.D.J.