# BENJAMIN HEINRICH, P. C.
ATTORNEY AT LAW
189 EAST 163rd STREET
BRONX, NEW YORK 10451
———
(718) 588-4400
FAX (718) 588-4716

April 8, 2008

Honorable William H. Pauley III
United States District Court
500 Pearl Street
New York, New York 10007

    Re:    <u>United States v. Joseph Ighodaro</u>
            <u>1:07- Cr.-759</u>

Your Honor:

The defendant by his counsel Benjamin Heinrich hereby request an adjournment of the sentencing in the above-referenced case, currently scheduled for May 23, 2008 at 2:30pm.  Please be advised the PSI interview is to take place on May 14, 2008. This will not allow sufficient time for review and response before sentencing.

I respectfully request that the Court allow for re-scheduling the sentencing to a date in June.

The Assistant United States Attorney John N. Kane has been advised of this request and has no objection to the Court granting it.

Respectfully yours,


*Benjamin Heinrich, Esq.*
Benjamin Heinrich, Esq.

BH/ut

cc.:    AUSA John N. Kane, Jr.