# BENJAMIN HEINRICH, P. C.
ATTORNEY AT LAW 189
EAST 163rd STREET
BRONX, NEW YORK 10451

(718) 588-4400
FAX (718) 588-4716

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-8-08

August 7, 2008

Honorable William H. Pauley III

United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: United States v. Joseph Ighodaro
          1:07- Cr.-759

Your Honor:

**MEMO ENDORSED**

The defendant by his counsel Benjamin Heinrich hereby requests an adjournment of the sentencing in the above-referenced case, currently scheduled for August 8 2008 .. The reason for this late request is that counsel's para-legal contacted the chambers of Judge Laura T. Swain, in error, to determine whether this matter was in fact on for sentencing and she was told that it was not. Based on that erroneous information counsel allowed himself to begin a robbery trial in Queens Supreme court before the Honorable Joel Blumenfeld. That trial is in progress with a number of witnesses set to appear to give testimony. this Friday. The Assistant United States Attorney John N. Kane was advised of this yesterday, when counsel still believed that the matter was not, in fact on the Court's calendar..AUSA Kane has advised counsel today that he has no objection to this request being granted given the circumstances put forward.

Counsel respectfully apologizes to all concerned and asks that this matter be continued to a September date

Respectfully yours,

*Benjamin Heinrich, Esq*

APPLICATION GRANTED. THE SENTENCING IS ADJOURNED TO SEPTEMBER 22, 2008 AT 2:15 P.M.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.
9/5/08