UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                  :

      -against-                                    :          07-CR-759 (WHP)

Joseph Ighodaro,                                     :          ORDER

                        Defendant.        :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States Senior District Judge:

      Zachary Taylor, Esq. is appointed nunc pro tunc to September 2, 2020 as counsel of record for the defendant, Joseph Ighodaro.

Dated: September 16, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.