UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,                :

       -against-                                         :        07 Cr. 759 (WHP)

Joseph Ighodaro,                                       :        ORDER
                      Defendant.       :
------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        This Court will hold a teleconference on Wednesday, October 21, 2020 at 1:30 p.m. regarding defendant's violation of supervised release. The dial-in number is 888-363-4749, passcode 3070580.

Dated: October 16, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.